UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD L. SINGLETARY,

Plaintiff,

v. Case No. 2:26-cv-2071-KCD-KRH

DR. GILBERT NOE, DR. VAGAN, NURSE PRACTITIONER MAUREEN WERTZ, and NURSE PRACTITIONER G. DURAND,

Defendants.
_______________________________/

**ORDER DISMISSING CASE**

Plaintiff, Richard L. Singletary, a prisoner at Charlotte Correctional Institution, initiated this action by filing a *pro se* civil rights complaint. (Doc. 1.) Singletary generally complained about the healthcare provided at the prison. In accordance with the screening requirements of 28 U.S.C. § 1915(e), the Court dismissed the complaint for failure to state a claim on which relief could be granted. (Doc. 9.) The court directed Singletary to amend his complaint to correct the deficiencies identified in the order within twenty-one days from August 24, 2026. (*Id.*) Further, the court cautioned that the case would be closed without further notice if he did not comply. (*Id.* at 11.)

The order was mailed to Singletary's address of record and was not returned undeliverable. Nonetheless, he did not file an amended complaint or

seek an extension of the deadline for doing so, and the September 18, 2026, deadline for amendment has passed. *See* Fed. R. Civ. P. 6(a)(1)(A), (d) (explaining that the deadline set by an order is computed by excluding the day of the event that triggers the period and adding three days to the deadline if the order was delivered by mail). As a result, the Court's screening order (Doc. 9) became a final judgment on September 18, 2026. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719–20 (11th Cir. 2020) ("[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff [amending the complaint or] seeking an extension.").

Accordingly:

1. This case is **DISMISSED without prejudice**.
2. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on October 5, 2026.

Kyle C. Dudek
United States District Judge